CR-08-154-B-W

SCANNED

# SYNOPSIS

U.S. DISTRICT COURT
BANGOR, MAINE
RECEIVED AND FILED

2008 AUG 13 P 2:17

BY ______
DEPUTY CLERK

**Name:** Michael Wyman

**Address (City and State Only):** Swanville, Maine

**Year of Birth:** 1965 **Age:** 43

**Violations:** **Count One: 18 USC 922(g)(9) (Possession of Firearm by Prohibited Person)***
***The indictment also contains a forfeiture allegation, 19 USC 924(d).**

**Penalty:** **Count One: 10 years and $250,000 fine (Class C Felony, 18 U.S.C. § 3581(b)(3)); 18 U.S.C. § 924(a)(2); 18 U.S.C. § 3571(b)(3))**

**Supervised Release:** **Not more than 3 years -18 U.S.C. § 3583(b)(2)**

**Maximum Term of Imprisonment for Violation of Supervised Release:** Not more than 2 years 18 U.S.C. §3583(e)(3)

**Maximum Term of Supervised Release for Violation of Supervised Release:** Not more than 3 years less any term of imprisonment imposed upon revocation of supervised release.

**Defendant's Attorney:** Not known

**Detention Status: To be Summonsed**

**Foreign National:** No

**Consular Notification Provided:** N/A

**County:** Penobscot

**AUSA:** Nancy Torresen

**Primary Investigative Agency: ATF - Eastern Maine Violent Crime Task Force**

**Guidelines:** 2K2.1

**Victim Case: No**

**Organizational Victims Owed Restitution:** N/A

**Felony Assessments: $100 per count of conviction**

**Caption of Any Related Search Warrants:** N/A

Last Revised: 7/17/07