UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

UNITED STATES OF AMERICA

v.

MICHAEL WYMAN

WARRANT OF ARREST

CASE NUMBER: 1:08-CR-154-JAW

TO: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Michael Wyman and bring him or her forthwith to the nearest magistrate to answer an Indictment charging him or her with:

Count One: Possession of a Firearm by a Prohibited Person, in violation of Title 18 United States Code, Section(s) 922(g)(9) and 924(a)(2).

Julie G. Walentine
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Signature of Issuing Officer

9/16/08 at Bangor, ME
Date and Location

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME:

ALIAS:

LAST KNOWN RESIDENCE:

LAST KNOWN EMPLOYMENT:

PLACE OF BIRTH:

DATE OF BIRTH:

SOCIAL SECURITY NUMBER:

HEIGHT: ______________________________ WEIGHT:

SEX: _________________________________ RACE:

HAIR: ________________________________ EYES:

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER:

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: